IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00028-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BARRY BURNS,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Mo[d]ify Conditions of Release [DE 38]. The court will hold a telephonic hearing regarding this matter on Monday, **May 19, 2025, at 11:30 a.m.** in Wilmington. The Clerk of the Court shall provide call-in instructions to counsel of record in this case.

SO ORDERED this 13th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE